1  McGREGOR W. SCOTT
   United States Attorney
2  STEPHEN S. CODY
   Special Assistant U.S. Attorney
3  CHRISTOPHER S. HALES
   Assistant U.S. Attorney
4  501 I Street, Suite 10-100
   Sacramento, CA  95814
5  (916) 554-2700

**FILED**

APR 1 0 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )    2:19-CR-0066 DB
                                     )
12                 Plaintiff,        )    VIOLATIONS: 18 U.S.C. § 111(a) –
                                     )    Assaulting, Resisting, or Impeding
13       v.                          )    Certain Officers or Employees (2
                                     )    counts); and 18 U.S.C. § 1382 –
14  DAVID CRAWFORD,                  )    Unauthorized Entry Onto A Military
                                     )    Installation
15                 Defendant.        )
                                     )
16  _____ )

17

18                       I N F O R M A T I O N

19  COUNT ONE:    [18 U.S.C. § 111(a) – Assaulting, Resisting, or Impeding
                  Certain Officers or Employees]
20

21       The United States Attorney charges:  T H A T

22                       DAVID CRAWFORD,

23  defendant herein, on or about April 9, 2019, at Beale Air Force Base,

24  County of Yuba, State and Eastern District of California, did

25  forcibly assault, resist, oppose, impede, intimidate, and interfere

26  with an officer and employee of the United States and of any agency

27  in a branch of the United States Government while engaged in and on

28  account of the performance of official duties, to wit:  Staff

INFORMATION                          1              U.S. v. DAVID CRAWFORD

1   Sergeant Banach, in violation of Title 18, United States Code,

2   Section 111, a Class A misdemeanor.

3   COUNT TWO:    [18 U.S.C. § 111(a) - Assaulting, Resisting, or Impeding
                    Certain Officers or Employees]
4

5            The United States Attorney further charges:   T H A T

6                          DAVID CRAWFORD,

7   defendant herein, on or about April 9, 2019, at Beale Air Force Base,

8   County of Yuba, State and Eastern District of California, did

9   forcibly assault, resist, oppose, impede, intimidate, and interfere

10  with an officer and employee of the United States and of any agency

11  in a branch of the United States Government while engaged in and on

12  account of the performance of official duties, to wit:   Airman First

13  Class Dutra, in violation of Title 18, United States Code, Section

14  111, a Class A misdemeanor.

15  COUNT THREE: [18 U.S.C. § 1382 - Unauthorized Entry Onto A Military
                    Installation]
16

17           The United States Attorney further charges:   T H A T

18                         DAVID CRAWFORD,

19  defendant herein, on or about April 9, 2019, at Beale Air Force Base,

20  County of Yuba, State and Eastern District of California, within the

21  jurisdiction of the United States, did unlawfully go upon a military

22  reservation, post, fort, arsenal, yard, station, and installation, to

23  wit:   Beale Air Force Base, for a purpose prohibited by law and

24  ///

25  ///

26  ///

27  ///

28  ///

1  lawful regulation, in violation of Title 18, United States Code,

2  Section 1382, a Class B misdemeanor.

3  DATED: April 10, 2019                McGREGOR W. SCOTT
                                        United States Attorney

4

5                            By:   _____

6                                  CHRISTOPHER S. HALES
                                   Assistant U.S. Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PENALTY SLIP

### United States v. David Crawford

### COUNT ONE:

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 111(a) – Assaulting, Resisting, and Impeding Certain Officers or Employees |
| PENALTY: | Imprisonment of not more than one year, a fine of not more than $100,000.00, or both. |
| SPECIAL ASSESSMENT: | $25.00 |
| SUPERVISED RELEASE: | One year |

### COUNT TWO:

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 111(a) – Assaulting, Resisting, and Impeding Certain Officers or Employees |
| PENALTY: | Imprisonment of not more than one year, a fine of not more than $100,000.00, or both. |
| SPECIAL ASSESSMENT: | $25.00 |
| SUPERVISED RELEASE: | One year |

### COUNT THREE:

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 1382 - Unauthorized Entry Onto A Military Installation. |
| MAXIMUM PENALTY: | Imprisonment for not more than 6 months, a fine of not more than $5,000, or both. |
| SPECIAL ASSESSMENT: | $10.00 |