HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
DAVID CRAWFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00066-DB |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| DAVID CRAWFORD , | Date: April 25, 2019 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney through Christopher Hales and Stephen Cody, Assistant United States Attorneys , counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Defendant David Crawford, that the status conference scheduled for April 25, 2019 **may be vacated and continued to April 26, 2019 at 9:30 a.m.**

This continuance is requested due to Defense counsel unavailability. The government has no objection to this request.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including April 11, 2019, pursuant to 18 U.S.C. §3161 (h)(4), (h) (7) (A) and (B) (iv) and General Order 479, Local Code T4 and upon need for continuity of counsel, defense preparation, and the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy

trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 24, 2019
*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
DAVID CRAWFORD

Date: April 24, 2019
MCGREGOR W. SCOTT
United States Attorney

*/s/ Christopher Hales*
CHRISTOPHER HALES
Assistant U.S. Attorney
Attorney for Plaintiff

*/s/ Stephen Cody*
STEPHEN CODY
Assistant U.S. Attorney
Attorney for Plaintiff

| | |
|---|---|
| 1 | <u>ORDER</u> |
| 2 | The Court, having reviewed and considered the stipulation, and good cause appearing |
| 3 | therefrom, adopts the stipulation in its entirety as its order. The Court specifically finds the |
| 4 | failure to grant a continuance in this case would deny counsel reasonable time necessary for |
| 5 | effective preparation, taking into account the exercise of due diligence. The Court finds the ends |
| 6 | of justice are served by granting the requested continuance and outweigh the best interests of the |
| 7 | public and defendant in a speedy trial. |
| 8 | The Court orders the time from the date the parties stipulated, up to and including April |
| 9 | 25, 2019, shall be excluded from computation of time within which the trial of this case must be |
| 10 | commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(4), (h)(7)(A) |
| 11 | and(B)(iv) and General Order 479, (Local Code T4). **It is further ordered that the April 25,** |
| 12 | **2019 status conference shall be continued until April 26, 2019, at 9:30 a.m. before** |
| 13 | **Magistrate Judge Carolyn K. Delaney.** |
| 14 | |
| 15 | IT IS SO ORDERED. |
| 16 | |
| 17 | Dated: April 24, 2019 |
| 18 | |
| 19 | _[signature]_ |
| 20 | CAROLYN K. DELANEY<br>UNITED STATES MAGISTRATE JUDGE |