McGREGOR W. SCOTT
United States Attorney
CHRISTOPHER S. HALES
Assistant U.S. Attorney
STEPHEN S. CODY
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-cr-00066-CKD |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DAVID CRAWFORD, | DATE: July 23, 2019 |
| Defendant. | TIME: 2:00 p.m. |
| | COURT: Hon. Carolyn K. Delaney |

**STIPULATION**

1. By previous order, this matter was set for a status conference on July 23, 2019.

2. By this stipulation, the parties now jointly move to continue the status conference to August 8, 2019, at 9:30 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes approximately 50 pages of documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) In addition to that discovery, the government has recently produced additional discovery.

    c) Counsel for defendant desires additional time to review the additional discovery, consult with his client, and conduct further research regarding the current charges and defenses.

d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 23, 2019 to August 8, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

///
///
///
///
///
///
///
///
///
///
///

Dated: July 15, 2019
                                       MCGREGOR W. SCOTT
United States Attorney

/s/ *Christopher S. Hales*
CHRISTOPHER S. HALES
Assistant U.S. Attorney


Dated: July 15, 2019
                                       /s/ *Jerome Price*
JEROME PRICE
Counsel for Defendant
David Crawford

(*Approved via telephone July 15, 2019*)


# FINDINGS AND ORDER


IT IS SO FOUND AND ORDERED

Dated: July 15, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

U.S. v. David Crawford
Stipulation to Continue Status & Exclude Time