| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | MATTHEW R. BELZ<br>Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| 5 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID CRAWFORD,<br><br>Defendant. | CASE NO. 2:19-CR-00066-CKD<br><br>STIPULATION AND ORDER<br>TO VACATE JURY TRIAL AND SET DATE FOR<br>CHANGE OF PLEA<br><br>DATE: October 28, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. Carolyn K. Delaney |

**STIPULATION**

Plaintiff the United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the Court scheduled a jury trial to begin on October 28, 2019, at 9:00 a.m. By this stipulation, the parties now jointly move to vacate the trial set for October 28, 2019, the trial confirmation hearing set for October 23, 2019, at 10:00 a.m., and the following pre-trial deadlines:

   a) Pretrial motions to be filed by October 9, 2019;

   b) Responses to pretrial motions to be filed by October 16, 2019;

   c) Trial briefs and proposed trial documents to be filed by October 16, 2019; and

   d) Objections to trial briefs and proposed documents to be filed by October 21, 2019.

2. The parties have reached a plea agreement and are finalizing the conditions of the agreement, which require further investigation into Defendant's participation in a residential drug

| | |
|---|---|
| treatment program.  The parties jointly request to set this case for a change of plea on October 28, 2019, at 9:00 a.m., or on a date and at a time thereafter convenient for the Court. | |
| IT IS SO STIPULATED. | |
| Dated:  October 9, 2019 | MCGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ *Matthew R. Belz*<br>MATTHEW R. BELZ<br>Assistant U.S. Attorney |
| Dated:  October 9, 2019 | /s/ *Jerome Price*<br>Jerome Price<br>Assistant Federal Defender<br>Counsel for Defendant<br>David Crawford<br><br>By agreement via email |

**ORDER**

IT IS SO ORDERED that the jury trial set for October 28, 2019, at 9:00 a.m., the jury trial confirmation hearing set for October 23, 2019, at 10:00 a.m., and all pretrial deadlines are vacated.  A change of plea proceeding is hereby scheduled to take place on October 28, 2019, at 9:00 a.m., on the date previously set for trial.

Dated:  October 10, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE