UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 9, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID CRAWFORD,

Defendant.

Case No. 2:19-cr-00066-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  DAVID CRAWFORD ,

Case No. 2:19-cr-00066-CKD  Charge 18 USC § 111(a) and 18 USC § 1382, from

custody for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $ _____

___ Unsecured Appearance Bond $ _____

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

X  (Other): TIME SERVED, to be released at 9:00 AM 12/10/2019 to USM to be released to Crystal Richardson to be transported to VA Rehab Facility in Menlo Park.

Issued at Sacramento, California on December 9, 2019 at 11:30 am

By: _____
Magistrate Judge Carolyn K. Delaney